**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

**IN THE MATTER OF:**

Ralph F. Holley,

Bankruptcy Case No.: 12-33873-dof
Hon. Daniel Opperman
Chapter 7

       Debtor.
_____ /

**STIPULATION BETWEEN DEBTOR AND CHAPTER 7 TRUSTEE GRANTING TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMED EXEMPTIONS AND AMENDMENTS THERETO UNDER 11 USC 522(d)(5) AND 11 USC 522(d)(2)**

The Debtor, Ralph F. Holley, and Collene K. Corcoran, Chapter 7 Trustee, by their respective counsels of record, have stipulated to the following:

IT IS HEREBY STIPULATED that the parties approve for entry the attached Order.


BEADLE SMITH, PLC

/s/ Thomas L. Beadle
By: Thomas L. Beadle (P39203)
Attorney for Trustee
445 S. Livernois Road, Suite 305
Rochester Hills, MI 48307
(248) 650-6094; (248) 650-6095, fax
tbeadle@bbssplc.com

Dated: January 7, 2013


Metropolitan Law Center

/s/ Melonee Monson-Holley
By: Melonee Monson-Holley (P62024)
Attorney for Debtor
24001 Southfield Road
Southfield, MI 48075
(248) 809-9392
meloneemonson@yahoo.com

Dated: January 7, 2013

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

**IN THE MATTER OF:**

Ralph F. Holley,

Bankruptcy Case No.: 12-33873-dof
Hon. Daniel Opperman
Chapter 7

Debtor.
_____/

**ORDER GRANTING THE TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMED EXEMPTIONS AND AMENDMENTS THERETO UNDER 11 USC 522(d)(5) AND 11 USC 522 (d)(2)**

This matter having originally come before this Honorable Court upon the Trustee's Objection to Debtor's Claim of Exemptions and Amendments thereto, any filed objection having been resolved and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that the debtor's claimed exemption in the home located at 7545 Heather Mead Lane, West Bloomfield, MI 48322 under MCL 600.5451(1)(o) is denied in its entirety and is disallowed as the debtor has substantial joint unsecured debt.

**IS FURTHER ORDERED** that the debtor's claimed exemption under MCL 600.5451(1)(g) in the 2007 Malibu is limited to $2,775.