# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

**IN THE MATTER OF:**

Ralph F. Holley,

      Debtor.

_____/

Bankruptcy Case No.: 12-33873-dof
Hon. Daniel Opperman
Chapter 7

## ORDER GRANTING THE TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMED EXEMPTIONS AND AMENDMENTS THERETO UNDER 11 USC 522(d)(5) AND 11 USC 522 (d)(2)

This matter having originally come before this Honorable Court upon the Trustee's Objection to Debtor's Claim of Exemptions and Amendments thereto, any filed objection having been resolved and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that the debtor's claimed exemption in the home located at 7545 Heather Mead Lane, West Bloomfield, MI 48322 under MCL 600.5451(1)(o) is denied in its entirety and is disallowed as the debtor has substantial joint unsecured debt.

**IS FURTHER ORDERED** that the debtor's claimed exemption under MCL 600.5451(1)(g) in the 2007 Malibu is limited to $2,775.

**Signed on January 07, 2013**

                                                                             /s/ Daniel S. Opperman
                                                                             Daniel S. Opperman
                                                                             United States Bankruptcy Judge