B6C (Official Form 6C) (4/13)

In re **Melonee L Monson**, Case No. **13-30577**
                   Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ■ Check if debtor claims a homestead exemption that exceeds
(Check one box) $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2) *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **Primary Residensein** 7545 Heather Mead Lane,West Bloomfield,MI Debtor believes that 200,000 is the proper amount depicting her interest however the US trustee has has indicated it is proper to state that her interest as 400,000 as if she has a 100% interest however her only interest is a 1/2 undivided interest. | Mich. Comp. Laws §§ 600.5451(1)(n) | **Unknown** | 400,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** **Checking** **Chase Bank** | Mich. Comp. Laws §§ 600.5451(1)(n) | 1,250.00 | 1,250.00 |
| **Household Goods and Furnishings** furniture & appliances -primary residence 7545 Heather Mead Lane | Mich. Comp. Laws § 600.5451(1)(c) | 1,250.00 | 2,500.00 |
| **Wearing Apparel** clothing - primary residence 7545 Heather Mead Lane | Mich. Comp. Laws § 600.5451(1)(a)(iii) | 600.00 | 600.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** Potential state & federal tax refunds for years 2009 - 2012. This is an approximate amount because the appropiate government agencies are still inspecting tax documents. | Mich. Comp. Laws §§ 600.5451(1)(n) | 15,098.00 | 15,098.00 |

Total: **18,198.00** **419,448.00**

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt
Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

12-33873-jda    Doc 115    Filed 09/08/13    Entered 09/08/13 05:40:49    Page 1 of 4

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**

## COVER SHEET FOR AMENDMENTS

**CASE NAME:** Ralph Holley ******
Melonee L Monson

**CASE NUMBER:** 12-33873
13-30577

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to: This admendment applies to 13-30577 only**

- ☐ Add creditors to schedule(s) _____. How many?___
  (Use second page of this form to list creditors added).

  - ☐ **$30.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

- ☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

- ☒ Other: Amended Schedule C

- ☐ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

- ☐ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Address _____

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Address _____

**FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE**

Signature: **/s/ Melonee Monson-Holley**

**Melonee Monson-Holley P62024**

Name of Attorney
**2050 Cedar Road**
**#254**
**Imlay City, MI 48444**
**1-248-809-9392**

**meloneemonson@yahoo.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: **/s/ Melonee L Monson**
**Melonee L Monson**
Name of Debtor

Signature: _____

Name of Joint Debtor, if applicable

****This case is jointly administered however this amendment applies to 13-30577 only