UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN THE MATTER OF:

Ralph F. Holley,  Bankruptcy Case No.: 12-33873-dof
Chapter 7

and

Melonee Monson,
Bankruptcy Case No.: 13-30577-dof
Debtor.  Chapter 7
_____/

**STIPULATION BETWEEN DEBTORS AND CHAPTER 7 TRUSTEE TO ENTRY OF ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF ANY LIENS, CLAIMS AND INTERESTS WITH LIENS, CLAIMS AND INTERESTS TRANSFERRING TO THE PROCEEDS OF THE SALE AND TO APPROVE SALE PROCEDURES AND FOR OTHER RELIEF**

The Debtors, Ralph F. Holley and Melonee Monson Holley and the Chapter 7 Trustee, Collene K. Corcoran, by their respective counsels of record, have stipulated to the following:

IT IS HEREBY STIPULATED that the parties approve for entry the attached Order.

BEADLE SMITH, PLC

/s/ Thomas L. Beadle  /s/ Melonee Monson-Holley
By: Thomas L. Beadle (P39203)  By: Melonee Monson-Holley (P62024)
Attorneys for Trustee  Attorney for Debtors
445 S. Livernois Road, Suite 305  2050 S. Cedar, #254
Rochester Hills, MI 48307  Imlay City, MI 48444
(248) 650-6094; (248) 650-6095, fax
tbeadle@bbssplc.com  meloneemonson@yahoo.com

Dated: December 16, 2013  Dated: December 16, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

**IN THE MATTER OF:**

Ralph F. Holley,   Bankruptcy Case No.: 12-33873-dof
                   Chapter 7
    Debtor
and

Melonee Monson,
                   Bankruptcy Case No.: 13-30577-dof
                   Chapter 7
    Debtor,

_____/

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF ANY LIENS, CLAIMS AND INTERESTS WITH LIENS, CLAIMS AND INTERESTS TRANSFERRING TO THE PROCEEDS OF THE SALE AND TO APPROVE SALE PROCEDURES AND FOR OTHER RELIEF

This matter having come before this Honorable Court based upon the Trustee's Motion for Authority to Sell Real Property Free and Clear of Any Interest, to Approve Sale Procedures and for Other Relief; objections having been filed to the Trustee's Motion; notice having been provided properly, pursuant to Rule 2002 and 9019 of the Federal Rules of Bankruptcy Procedures; and the Court having held hearings on this Motion on November 20, 2013, November 27, 2013, December 3, 2013, December 4, 2013, December 10, 2013 and December 12, 2013, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Trustee's Motion is granted.

**IT IS FURTHER ORDERED** that the Trustee may sell the property located in Oakland County at 7475 Heather Mead Lane, Township of West Bloomfield, MI 48322 for not less than $451,000, which is described as:

> Lot 56, Bloomfield Pines Subdivision No. 1, according to the recorded plat thereof, as recorded in Liber 239 of Plats, Pages 16 through 22, inclusive, Oakland County Records.
>
> Commonly known as: 7475 Heather Mead Lane, West Bloomfield, MI 48322; Tax Parcel ID No. 18-31-126-009

after the close of business December 20, 2013.

**IT IS FURTHER ORDERED** that the Trustee may pay at closing:

- The realtor's commission;

1

- all real property taxes; and,
- Transfer taxes, closing costs, title insurance, recording fees, water bills, occupancy escrows, if necessary, and other standard costs associated with the sale.

**IT IS FURTHER ORDERED** that the sale proceeds will be delivered as follows:

a. Any such other amounts are required by the closing statement.

**IT IS FURTHER ORDERED** that the Trustee and the eventual buyer(s) will determine a mutually-agreeable time to close as set forth in the Purchase Agreement.

**IT IS FURTHER ORDERED** that the other parties in interest and any other junior lien holders, may assert a claim in the sale proceeds only for any amounts owing to them as all liens, claims and interests will transfer to the sale proceeds.

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C §363(f) and (h), the real property located at property will be sold free and clear of all claims, liens and interests. Any issue not addressed by this Order regarding the extent, validity, priority, or enforceability of any interests against the 7475 Heather Mead Lane, West Bloomfield, MI 48322 property with respect to the net proceeds of the sale will be determined by this Court at a later date.

**IT IS FURTHER ORDERED** that under Bankruptcy Code §363(g), the sale will be free and clear of any vested or contingent right in the nature of dowery or curtesy, subject to the right-of-first refusal contained in Bankruptcy Code §363(i).

**IT IS FURTHER ORDERED** that the sale of the 7475 Heather Mead Lane, West Bloomfield, MI 48322 property, including improvements or fixtures, will be by a Trustee's Deed, on an "as is, where is" basis, as of the date of the order approving sale, without representation or warranty, express or implied, of any kind, nature, or description including, without limitation, warranties of merchantability, habitability, useability, or fitness for any particular purpose.

**IT IS FURTHER ORDERED** that this Order may be recorded or filed with the Oakland County Register of Deeds as evidence that the 7475 Heather Mead Lane, West Bloomfield, MI 48322 property has been transferred free and clear of all liens, claims, and encumbrances.

**IT IS FURTHER ORDERED** that the Trustee may execute any documents or agreements and perform any acts that may be necessary and appropriate to implement, effectuate, and consummate

2

a sale, including, without limitation, lowering the purchase price or making other concessions, including documents on behalf of the co-owner.

**IT IS FURTHER ORDERED** that all federal, state, and local government agencies and departments are ordered and directed to accept all filings necessary and appropriate to consummate the transactions contemplated by this Order.

**IT IS FURTHER ORDERED** that the 14-day stay provided for in F.R.Bankr.P. 6004(h) will have no effect with respect to the sale, and this Order is effective and enforceable immediately upon entry.

**IT IS FURTHER ORDERED** that the Trustee's sale of this Property is subject to the Debtors obtaining a Purchaser to buy this property from the Estate and closing on that Sale not later than the end of the business day, December 20, 2013.