UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

    Case No. 12-33873-DSO
    Chapter 7
    Daniel S. Opperman

RALPH F. HOLLEY
    Debtor
And

MELONEE MONSON-HOLLY     Case No.: 13-30577
    Debtor     Chapter 7
    Daniel S. Opperman

    Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Collene K. Corcoran, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)     All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)     A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $19,000.00 | Assets Exempt: | $6,100.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $207,373.63 | Claims Discharged Without Payment: | $201,900.00 |
| Total Expenses of Administration: | $113,572.45 | | |

UST Form 101-7-TDR (10/1/2010)

3) Total gross receipts of $330,698.41 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $9,752.33 (see **Exhibit 2),** yielded net receipts of $320,946.08 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $191,684.00 | $345,350.07 | $207,373.63 | $207,373.63 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $113,572.45 | $113,572.45 | $113,572.45 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $254,376.20 | $83,941.01 | $0.00 | $0.00 |
| **Total Disbursements** | **$446,060.20** | **$542,863.53** | **$320,946.08** | **$320,946.08** |

4). This case was originally filed under chapter 7 on 09/25/2012. The case was pending for 38 months. On 6/3/13 an Order for Joint Administration of the Bankruptcy Estates of Ralph F. Holley and Melonee L. Monson (case number 13-30577, filed as a Chapter 13 on 11/8/12 and converted to a Chapter 7 on 5/9/13) was entered and and an amended Order was entered on 11/13/13. The case of Ralph F. Holley was Ordered to be the lead case.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>11/13/2015</u>                By:  <u>/s/ Collene K. Corcoran</u>
                                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 7545 HEATHER MEAD LANE, WEST BLOOMFIELD, MI | 1110-000 | $320,727.26 |
| 2009 - 2012 TAX REFUNDS | 1224-000 | $9,971.15 |
| **TOTAL GROSS RECEIPTS** | | **$330,698.41** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| RALPH F. HOLLEY | Exemptions | 8100-002 | $6,000.00 |
| Bobble Clip, Inc. | Funds to Third Parties | 8500-002 | $3,752.33 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$9,752.33** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Christine A. D'Luge | 4110-000 | $0.00 | $152,804.97 | $176,092.75 | $176,092.75 |
| 2 | Bloomfield Pines Subdivision HOA | 4110-000 | $0.00 | $3,001.25 | $0.00 | $0.00 |
| 4M | LEVASSEUR DYER & ASSOCIATES PC | 4120-000 | $0.00 | $2,368.27 | $0.00 | $0.00 |
| 6M | OAKLAND COUNTY TREASURER | 4120-000 | $22,000.00 | $22,997.49 | $25,224.33 | $25,224.33 |
| 7 | Bloomfield Pines Subdivision Homeowners Assc | 4110-000 | $3,000.00 | $3,661.25 | $3,661.25 | $3,661.25 |
| 8M | CHRISTINE A. D'LUGE | 4110-000 | $125,000.00 | $158,121.54 | $0.00 | $0.00 |
| 11M | LEVASSEUR DYER & ASSOCIATES PC | 4120-000 | $0.00 | $2,395.30 | $2,395.30 | $2,395.30 |
| | MM - Bloomfield Pines | 4110-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |

| | Homeowners | | | | | |
|---|---|---|---|---|---|---|
| | RH - GMAC - Bankrupcy | 4210-000 | $19,684.00 | $0.00 | $0.00 | $0.00 |
| | RH - Oakland County Treasurer | 4120-000 | $19,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $191,684.00 | $345,350.07 | $207,373.63 | $207,373.63 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Collene K. Corcoran, Trustee | 2100-000 | NA | $19,484.92 | $19,484.92 | $19,484.92 |
| Collene K. Corcoran, Trustee | 2200-000 | NA | $130.00 | $130.00 | $130.00 |
| OWNER'S TITLE INSURANCE - TRI COUNTY TITLE AGNECY | 2500-000 | NA | $1,438.55 | $1,438.55 | $1,438.55 |
| PROCESSING FEE - TRI COUNTY TITLE | 2500-000 | NA | $450.00 | $450.00 | $450.00 |
| RECORDING COURT ORDER FEE | 2500-000 | NA | $23.00 | $23.00 | $23.00 |
| TAX BILLS/WIRE FEE/CHASHIERS CHECK FEE - TRI COUNTY TITLE | 2500-000 | NA | $100.00 | $100.00 | $100.00 |
| WATER ESCROW - TRI COUNTY TITLE | 2500-000 | NA | $300.00 | $300.00 | $300.00 |
| WEST BLOOMFIELD CHARTER TOWNSHIP - WATER | 2500-000 | NA | $734.22 | $734.22 | $734.22 |
| Bank of Texas | 2600-000 | NA | $1,686.08 | $1,686.08 | $1,686.08 |
| COUNTY TRANSFER TAX | 2820-000 | NA | $346.50 | $346.50 | $346.50 |
| STATE TRANSFER TAX | 2820-000 | NA | $2,362.50 | $2,362.50 | $2,362.50 |
| WEST BLOOMFIELD CHARTER TOWNSHIP - TAXES | 2820-000 | NA | $5,320.65 | $5,320.65 | $5,320.65 |
| WEST BLOOMFILED CHARTER TOWNSHIP - TAXES | 2820-000 | NA | $3,076.63 | $3,076.63 | $3,076.63 |
| BEADLE SMITH PLC , Attorney for | 3210-000 | NA | $62,480.00 | $62,480.00 | $62,480.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Trustee | | | | | | |
| BEADLE SMITH PLC , Attorney for Trustee | 3220-000 | | NA | $1,334.79 | $1,334.79 | $1,334.79 |
| RICHARD A. PALLAS, P.C., Accountant for Trustee | 3410-000 | | NA | $740.00 | $740.00 | $740.00 |
| RICHARD A. PALLAS, P.C., Accountant for Trustee | 3420-000 | | NA | $34.61 | $34.61 | $34.61 |
| ALAN STALTER, Realtor for Trustee | 3510-000 | | NA | $13,530.00 | $13,530.00 | $13,530.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $113,572.45 | $113,572.45 | $113,572.45 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1M | CAVALRY PORTFOLIO SERVICES | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2M | QUANTUM3 GROUP LLC | 7100-000 | $0.00 | $7,582.81 | $0.00 | $0.00 |
| 3 | AmeriCredit Financial Services, Inc. | 7100-000 | $0.00 | $14,672.80 | $0.00 | $0.00 |
| 3M | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | $543.20 | $543.20 | $0.00 | $0.00 |
| 4 | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5M | ASSET ACCEPTANCE LLC | 7100-000 | $560.00 | $556.55 | $0.00 | $0.00 |
| 5 | eCAST Settlement Corporation assignee of GE Money | 7100-000 | $0.00 | $1,006.81 | $0.00 | $0.00 |
| 6 | Sallie Mae | 7100-000 | $30,648.00 | $33,294.94 | $0.00 | $0.00 |
| 7M | LVNV | 7100-000 | $10,000.00 | $2,291.57 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FUNDING LLC | | | | |
| 8 | LVNV Funding, LLC its successors and assigns as | 7100-000 | $0.00 | $239.17 | $0.00 | $0.00 |
| 9M | LVNV FUNDING LLC | 7100-000 | $0.00 | $5,445.35 | $0.00 | $0.00 |
| 9 | Un Coll Tol (Original Creditor:Medical) | 7100-000 | $202.00 | $202.00 | $0.00 | $0.00 |
| 10 | Portfolio Recovery&Aff (Original Credito | 7100-000 | $3,512.00 | $3,512.00 | $0.00 | $0.00 |
| 10M | QUANTUM3 GROUP LLC | 7100-000 | $0.00 | $7,582.81 | $0.00 | $0.00 |
| 11 | I C System Inc (Original Creditor:David | 7100-000 | $561.00 | $561.00 | $0.00 | $0.00 |
| 12 | I C System Inc (Original Creditor:John D | 7100-000 | $800.00 | $800.00 | $0.00 | $0.00 |
| 13 | Harris & Harris Ltd (Original Creditor:H | 7100-000 | $1,775.00 | $1,775.00 | $0.00 | $0.00 |
| 14 | Congress Collection Co (Original Credito | 7100-000 | $450.00 | $450.00 | $0.00 | $0.00 |
| 15 | Global Con | 7100-000 | $3,385.00 | $3,385.00 | $0.00 | $0.00 |
| 16 | Ann Arbor Credit Burea (Original Credito | 7100-000 | $40.00 | $40.00 | $0.00 | $0.00 |
| | MM - Cavalry Portfolio Services | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| | MM - Client Financial Services | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| | MM - DTE | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | MM - LaVasseur Dyer & Associates | 7100-000 | $2,400.00 | $0.00 | $0.00 | $0.00 |
| | MM - Sallie Mae | 7100-000 | $31,000.00 | $0.00 | $0.00 | $0.00 |
| | MM - Stillman Law Offices | 7100-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| | RH - Christine D'Luge | 7100-000 | $124,000.00 | $0.00 | $0.00 | $0.00 |
| | RH - LaVasseur Dyer & Assoc. | 7100-000 | $3,500.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $254,376.20 | $83,941.01 | $0.00 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1
Exhibit 8

| | | |
|---|---|---|
| **Case No.:** 12-33873-DSO | **Trustee Name:** | Collene K. Corcoran |
| **Case Name:** HOLLEY, RALPH F. | **Date Filed (f) or Converted (c):** | 09/25/2012 (f) |
| **For the Period Ending:** 11/13/2015 | **§341(a) Meeting Date:** | 10/22/2012 |
| | **Claims Bar Date:** | 08/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  7545 HEATHER MEAD LANE, WEST BLOOMFIELD, MI | $125,000.00 | $320,621.66 | | $320,727.26 | FA |
| **Asset Notes:** Claimed on both Ralph Holley and Melonee Monson's Schedules - however, Melonee values the asset at $200,000; | | | | | |
| 2  CHECKING ACCOUNT | $1,250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Claimed on both Ralph Holley and Melonee Monson's Schedules at this value | | | | | |
| 3  FURNITURE AND APPLIANCES | $1,250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Claimed on both Ralph Holley and Melonee Monson's Schedules Schedules at this value | | | | | |
| 4  CLOTHING | $600.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Claimed on both Ralph Holley and Melonee Monson's Schedules at this value | | | | | |
| 5  2007 CHEVY MALIBU | $3,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Claimed on Ralph Holley's Schedules only | | | | | |
| 6  2009 FORD FLEX | $19,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Claimed on Ralph Holley's Schedules only | | | | | |
| 7  2009 - 2012 TAX REFUNDS (u) | $15,098.00 | $16,000.00 | | $9,971.15 | FA |
| **Asset Notes:** Claimed on both Ralph Holley and Melonee Monson's Schedules at this value | | | | | |
| 8  INTEREST IN METRO LAW CENTER | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Claimed on Melonee Monson's Schedules only | | | | | |
| 9  LAW LICENSE (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Claimed on Melonee Monson's Schedules only | | | | | |
| 10  2012 TOWN & COUNTRY (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Claimed on Melonee Monson's Schedules only | | | | | |

**TOTALS (Excluding unknown value)**                                        **Gross Value of Remaining Assets**

$165,198.00        $336,621.66                $330,698.41        $0.00

---

**Major Activities affecting case closing:**
11/13/2015    TDR

**Initial Projected Date Of Final Report (TFR):** 01/31/2015            /s/ COLLENE K. CORCORAN
**Current Projected Date Of Final Report (TFR):** 11/30/2014            COLLENE K. CORCORAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-33873-DSO | |
| **Case Name:** | HOLLEY, RALPH F. | |
| **Primary Taxpayer ID #:** | **-***7769 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/25/2012 | |
| **For Period Ending:** | 11/13/2015 | |

| | |
|---|---|
| **Trustee Name:** | Collene K. Corcoran |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******1094 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/27/2013 | (7) | UNITED STATES TREASURY | FULL PAYMENT OF 2012 FEDERAL TAX REFUND AND PER ORDER DATED 8/7/13 | 1224-000 | $3,801.61 | | $3,801.61 |
| 12/27/2013 | (7) | UNITED STATES TREASURY | FULL PAYMENT OF 2010 FEDERAL TAX REFUND AND PER ORDER DATED 8/7/13 | 1224-000 | $1,612.24 | | $5,413.85 |
| 12/27/2013 | (7) | UNITED STATES TREASURY | FULLPAYMENT OF 2011 FEERAL TAX REFUND AND PER ORDER DATED 8/7/13 | 1224-000 | $4,557.30 | | $9,971.15 |
| 01/09/2014 | | Tri-County Title Agency Inc. | PER ORDER DATED 12/18/13 | * | $281,245.28 | | $291,216.43 |
| | {1} | | SALE PRICE OF $320,621.66 $315,000, PLUS CITY/COUNTY TAXES OF $5,621.66) | 1110-000 | | | $291,216.43 |
| | | | PROCESSING FEE - TRI COUNTY TITLE $(450.00) | 2500-000 | | | $291,216.43 |
| | | | TAX BILLS/WIRE FEE/CHASHIERS CHECK FEE - TRI COUNTY TITLE $(100.00) | 2500-000 | | | $291,216.43 |
| | | | WEST BLOOMFIELD CHARTER TOWNSHIP - WATER $(734.22) | 2500-000 | | | $291,216.43 |
| | | | WEST BLOOMFIELD CHARTER TOWNSHIP - TAXES $(5,320.65) | 2820-000 | | | $291,216.43 |
| | | | WEST BLOOMFILED CHARTER TOWNSHIP - TAXES $(3,076.63) | 2820-000 | | | $291,216.43 |
| | | | OAKLAND COUNTY TREASURER - TAXES - 2010-2012 $(25,224.33) | 4120-000 | | | $291,216.43 |
| | | | WATER ESCROW - TRI COUNTY TITLE $(300.00) | 2500-000 | | | $291,216.43 |
| | | | OWNER'S TITLE INSURANCE - TRI COUNTY TITLE AGNECY $(1,438.55) | 2500-000 | | | $291,216.43 |
| | | | COUNTY TRANSFER TAX $(346.50) | 2820-000 | | | $291,216.43 |
| | | | STATE TRANSFER TAX $(2,362.50) | 2820-000 | | | $291,216.43 |
| | | | RECORDING COURT ORDER FEE $(23.00) | 2500-000 | | | $291,216.43 |
| 01/23/2014 | 1001 | CHRISTINE A. D'LUGE | PER ORDER DATED 1/22/14 | 4110-000 | | $149,536.11 | $141,680.32 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $229.78 | $141,450.54 |
| 02/03/2014 | 1002 | CHRISTINE A. D'LUGE | PER ORDER DATED 1/31/14 | 4110-000 | | $26,556.64 | $114,893.90 |
| | | | | **SUBTOTALS** | $291,216.43 | $176,322.53 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-33873-DSO | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | HOLLEY, RALPH F. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7769 | | Checking Acct #: | ******1094 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/25/2012 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/13/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $184.05 | $114,709.85 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $185.10 | $114,524.75 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $178.84 | $114,345.91 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $184.51 | $114,161.40 |
| 06/23/2014 | (1) | TRI-COUNTY TITLE AGENCY INC. | PER ORDER DATED 12/18/13 - PRO-RATION OF WATER BILL - REFUND | 1110-000 | $105.60 | | $114,267.00 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $178.31 | $114,088.69 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $184.10 | $113,904.59 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $183.80 | $113,720.79 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $177.59 | $113,543.20 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $177.31 | $113,365.89 |
| 12/01/2014 | | Bank of Texas | Reverse Bank Fee | 2600-000 | | ($177.31) | $113,543.20 |
| 12/04/2014 | 1003 | RALPH F. HOLLEY | PER ORDER DATED 11/26/14 | 8100-002 | | $6,000.00 | $107,543.20 |
| 07/01/2015 | 1004 | RICHARD A. PALLAS, P.C. | Accountant for the Trustee Expenses - Per Order Dated 10/9/14 | 3420-000 | | $34.61 | $107,508.59 |
| 07/01/2015 | 1005 | RICHARD A. PALLAS, P.C. | Accountant for the Trustee Fees - Per Order dated 10/9/14 | 3410-000 | | $740.00 | $106,768.59 |
| 07/01/2015 | 1006 | BEADLE SMITH PLC | Attorney for the Trustee Expenses - Per order Dated 6/16/15 | 3220-000 | | $1,334.79 | $105,433.80 |
| 07/01/2015 | 1007 | BEADLE SMITH PLC | Attorney for the Trustee Fees - Per Order dated 6/16/15 | 3210-000 | | $62,480.00 | $42,953.80 |
| 07/01/2015 | 1008 | ALAN STALTER | Realtor for the Trustee fees - Per Order dated 11/6/14 | 3510-000 | | $13,530.00 | $29,423.80 |
| 07/01/2015 | 1009 | Collene K. Corcoran | Trustee Compensation per Order Dated 6/16/15 | 2100-000 | | $19,484.92 | $9,938.88 |
| 07/01/2015 | 1010 | Collene K. Corcoran | Trustee Expenses - Per Order dated 6/16/15 | 2200-000 | | $130.00 | $9,808.88 |
| 07/01/2015 | 1011 | Bloomfield Pines Subdivision Homeowners | Claim #: 7; Amount Claimed: 3,661.25; Amount Allowed: 3,661.25; Distribution Dividend: 100.00; | 4110-000 | | $3,661.25 | $6,147.63 |
| 07/01/2015 | 1012 | LEVASSEUR DYER & ASSOCIATES PC | Claim #: 11; Amount Claimed: 2,395.30; Amount Allowed: 2,395.30; Distribution Dividend: 100.00; | 4120-000 | | $2,395.30 | $3,752.33 |
| 07/01/2015 | 1013 | Ralph F. Holley and Melonee L. Monson | Per Order Dated 6/16/15; | 8500-000 | | $3,752.33 | $0.00 |
| 08/04/2015 | 1013 | VOID: Ralph F. Holley and Melonee L. Monson | | 8500-003 | | ($3,752.33) | $3,752.33 |
| 08/04/2015 | 1014 | Bobble Clip, Inc. | Pursuant to Garnishment dated June 18, 2015 | 8500-002 | | $3,752.33 | $0.00 |
| | | | | SUBTOTALS | $105.60 | $114,999.50 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-33873-DSO | **Trustee Name:** Collene K. Corcoran |
| **Case Name:** | HOLLEY, RALPH F. | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | **-***7769 | **Checking Acct #:** ******1094 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 9/25/2012 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 11/13/2015 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $291,322.03 | $291,322.03 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| **Subtotal** | $291,322.03 | $291,322.03 | |
| Less: Payments to debtors | $0.00 | $6,000.00 | |
| **Net** | $291,322.03 | $285,322.03 | |

**For the period of 9/25/2012 to 11/13/2015**

| | |
|---|---|
| Total Compensable Receipts: | $330,698.41 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $330,698.41 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $320,946.08 |
| Total Non-Compensable Disbursements: | $9,752.33 |
| Total Comp/Non Comp Disbursements: | $330,698.41 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/27/2013 to 11/13/2015**

| | |
|---|---|
| Total Compensable Receipts: | $330,698.41 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $330,698.41 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $320,946.08 |
| Total Non-Compensable Disbursements: | $9,752.33 |
| Total Comp/Non Comp Disbursements: | $330,698.41 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-33873-DSO | **Trustee Name:** Collene K. Corcoran |
| **Case Name:** | HOLLEY, RALPH F. | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | **-***7769 | **Checking Acct #:** ******1094 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 9/25/2012 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 11/13/2015 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $291,322.03 | $291,322.03 | $0.00 |

**For the period of 9/25/2012 to 11/13/2015**

| | |
|---|---|
| Total Compensable Receipts: | $330,698.41 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $330,698.41 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $320,946.08 |
| Total Non-Compensable Disbursements: | $9,752.33 |
| Total Comp/Non Comp Disbursements: | $330,698.41 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/25/2012 to 11/13/2015**

| | |
|---|---|
| Total Compensable Receipts: | $330,698.41 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $330,698.41 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $320,946.08 |
| Total Non-Compensable Disbursements: | $9,752.33 |
| Total Comp/Non Comp Disbursements: | $330,698.41 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ COLLENE K. CORCORAN

COLLENE K. CORCORAN