UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

| | |
|---|---|
| RALPH F. HOLLEY<br>and MELONEE L. MONSON,<br>Debtors.<br>_____/ | Case No. 12-33873-dof<br>Chapter 7 Proceeding<br>Hon. Daniel S. Opperman |

ORDER REGARDING DEBTORS' EX-PARTE MOTION FOR EXPEDITED HEARING TO FURTHER COMPEL CHAPTER 7 TRUSTEE TO TURNOVER EXEMPT PROPERTY OR BE FOUND IN CONTEMPT OF COURT

For the reasons stated in this Court's Opinion regarding the Debtors' Ex-Parte Motion for Expedited Hearing to Further Compel Chapter 7 Trustee to Turnover Exempt Property or Be Found in Contempt of Court;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Chapter 7 Trustee must pay $8,285.67 to the Debtors on or before July 14, 2017.

IT IS FURTHER ORDERED that the Debtors' request for sanctions or other charges against the Chapter 7 Trustee is denied, subject to the timely payment by the Trustee of the amount set forth in this Order.

**Signed on June 16, 2017**

                                          **/s/ Daniel S. Opperman**
                                        **Daniel S. Opperman**
                                        **United States Bankruptcy Judge**